**MEMORANDUM**

FILED

2005 SEP -8 P 4: 45

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

**TO:** Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

**FROM:** U.S. District Judge R. Allan Edgar

**SUBJECT:** Advance Authorization for Investigative, Expert or Other Services

It is requested that authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs. Charles L. Harris - Case No. 1:04-cr-171

**Name of Expert or Investigator:** Roy Cooper with Roy Cooper & Associates

**Address:** 2649 Three Notch Road, Ringgold, Georgia 30736.

**Type of Expert:** Investigative Services to interview additional witnesses, including travel to Alabama to interview witnesses, reviewing voluminous financial transaction records and potential witness testimony to prepare for trial.

**Reason for Application:** On March 31, 2005, the Court approved expenses up to $1,600 under 18 U.S.C. § 3006 (A)(e)(3) (Ct. File No. 63). The reason for the application is set out in the attached Ex Parte Motion for Additional Services Other Than Counsel in Excess of $1,600 and Memorandum in Support. Counsel for defendant has advised further investigative services will require an additional cost of $2,500.00 for a total approved amount of $4,100.00.

**Estimated Compensation.** $4,100.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $2,500.00

_____  7/18/05
U.S. District Judge R. Allan Edgar    Date

_____  8-22-05
Honorable Alice M. Batchelder          Date
U.S. Court of Appeals